# United States District Court
# Northern District of Illinois

In the Matter of

United States of America

v.  Case No. 24-CR-522

Jose Angel Canobbio Inzunza

Designated Magistrate Judge
Daniel P. McLaughlin

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

    The above captioned case is currently pending on my calendar. I request the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my request are indicated on the bottom of this form.

_____

**Judge Martha Pacold**

Date: Wednesday, February 19, 2025

---

## Reason(s) For Recommendation:

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

Dated: Wednesday, February 19, 2025

District Reassignment - Named Judge

..........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: